**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-03175-GPG
(**The above civil action number must appear on all future papers sent to the Court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

LEAH CALDWELL,

    Plaintiff,

v.

CHIPOTLE MEXICAN GRILL, INC.
STEVE ELLS, and
STEVE ADAMS,

    Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff Leah Caldwell currently resides in Sacramento, California.   Originally, Plaintiff filed a complaint and an application to proceed in forma pauperis in the United States District Court for the Eastern District of California.   The court determined that venue in the instant action properly lies in the United States District Court for the District of Colorado and entered an order on December 23, 2016, transferring the case from the Eastern District of California to this Court.   As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), this Court has determined that the submitted documents are deficient as described in this Order.   Plaintiff will be directed to cure the following if she wishes to pursue her claims.   Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:
(1) \_\_\_\_  is not submitted
(2) _X_   is not on proper form (must use the Court's current form)
(3) \_\_\_\_  is missing original signature by Plaintiff

1

(4) ____ is missing affidavit
(5) ____ affidavit is incomplete
(6) ____ affidavit is not properly notarized
(7) ____ names in caption do not match names in caption of complaint, petition or application
(8) ____ other:

**Complaint or Petition**:
(9) ____ is not submitted
(10) _X_ is not on proper form
(11) ____ is missing an original signature by the Plaintiff
(12) ____ is incomplete
(13) ____ uses et al. instead of listing all parties in caption
(14) ____ names in caption do not match names identified in Section III. of the Complaint
(15) ____ address must be provided for defendant under Parties section of Complaint form
(16) ____ other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved forms used in filing a Complaint and an Application to Proceed in District Court without Prepaying Fees or Costs (Long Form), along with the applicable instructions, at www.cod.uscourts.gov, and use the forms to cure the above noted deficiencies. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED December 27, 2016, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge