IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-03175-RM-MEH

LEAH CALDWELL

Plaintiff,

v.

CHIPOTLE MEXICAN GRILL, INC,

STEVE ELLS, and

STEVE ADAMS,

Defendants.

---

**NOTICE OF DISMISSAL**

---

Pursuant to Fed.R.Civ.P. 41 (a)(1)(A), Plaintiff Leah Caldwell notifies the Court of the dismissal of this case prior to the filing of an answer or dispositive motion by the Defendants. Plaintiff requests that the dismissal be with prejudice and that all parties pay their own attorney's fees and costs.

/s/ Leah Caldwell

Leah Caldwell, *pro se*

Plaintiff

May 23, 2017

Date